No. 81–82.   IMMIGRATION AND NATURALIZATION SERV-
ICE *v.* MIRANDA.   C. A. 9th Cir.   Certiorari granted, judg-
ment vacated, and case remanded for further consideration in
light of *Schweiker* v. *Hansen*, 450 U. S. 785 (1981).

No. ——–——.   GODICH *v.* UNION RAILROAD CO.   Motion
of petitioner to direct the Clerk to accept the petition for writ
of certiorari for filing denied.

No. ——–——.   NEW JERSEY STATE BOARD OF HIGHER
EDUCATION ET AL. *v.* NEW JERSEY PHILADELPHIA PRESBY-
TERY OF THE BIBLE PRESBYTERIAN CHURCH ET AL.   Mo-
tion of petitioners to direct the Clerk to accept the petition
for writ of certiorari for filing denied.

No. A–196.   O'BANNON ET AL. *v.* HALDERMAN ET AL.
Application for stay of the order of the United States District
Court for the Eastern District of Pennsylvania, entered Au-
gust 25, 1981, addressed to JUSTICE REHNQUIST and re-
ferred to the Court, denied.

No. A–198.   ORR, GOVERNOR OF INDIANA, ET AL. *v.*
UNITED STATES ET AL.   D. C. S. D. Ind.   Application for
stay, addressed to JUSTICE REHNQUIST and referred to the
Court, denied.

No. A–227.   PENNHURST STATE SCHOOL AND HOSPITAL
ET AL. *v.* HALDERMAN ET AL.; and
No. A–228.   PENNHURST PARENTS STAFF ASSN. *v.*
HALDERMAN ET AL.   Applications for stay of the orders of
the United States District Court for the Eastern District of
Pennsylvania, entered April 24, 1980, May 28, 1980, July 14,
1980, and March 2, 1981, addressed to JUSTICE REHNQUIST
and referred to the Court, denied.